```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JOHN MOLINARI, individually and on
behalf of all others similarly situated,

                Plaintiff,                          ORDER
                                                    18-CV-3282
        - against -


EQUIFAX INC. and EQUIFAX
CONSUMER SERVICES LLC,

                Defendants.
-----------------------------------------------------------x
```

GLASSER, Senior United States District Judge:

On July 31, 2019, the Court found that Plaintiff did not have standing to bring this action and granted Defendants' motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure without prejudice. (ECF No. 21). The next day, the Clerk of the Court entered judgment providing that "it is ORDERED and ADJUDGED that Equifax's motion to dismiss is granted without prejudice." (ECF No. 22). On August 7, 2019, Plaintiff requested (1) that the Clerk's judgment be vacated and (2) leave to file an amended complaint within 45 days. (ECF No. 23). Plaintiff's request to file an amended complaint is granted and he is directed to do so by September 23, 2019, but the Clerk's judgment need not be vacated. The Clerk of the Court is directed to re-open this action at the time Plaintiff's amended complaint is filed.

    SO ORDERED.

Dated:    Brooklyn, New York
           August 8, 2019

/s_____
I. Leo Glasser                  U.S.D.J.